AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arch Auto Parts, LLC
181-02 JAMAICA AVE.
JAMAICA, NY 11432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NexaMotion Group, LLC
c/o Corporation Service Company,
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transtar Industries, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Parts Distribution Xpress, Inc.
1019 4th Avenue
Lester, PA 19029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PDX North, Inc.
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Questfleet, LLC
634 ROUTE 109
LINDENHURST, NY 11757

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CallAida LLC
Ramon Dionicio Pichardo
9734 93rd Street, 3rd Floor
Ozone Park, NY 11416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nova Express Delivers LLC
c/o MELANIE BALRAM
7578 TRENT DRIVE
TAMARAC, FL 33321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sanchez Delivery Systems Inc.
P.O. Box 520306
Flushing, NY 11352

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*