# EXHIBIT A

# SUPERVISOR ALEX QUIRO CELL # [redacted]

## PDX DELIVERY DRIVER'S #25

### WEEKLY WORK SCHEDULE

### FROM 04/27/2026 TO 05/03/2026

| NAMES | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT | IN | OUT |
| Driver's(s) | | | | | | | | | | | | |
| LOC 25 Driver | | | | | | | | | | | | |
| Michael S | 8:00 AM | 5:00 PM | 8:00 AM | 5:00 PM | 8:00 AM | 5:00 PM | 8:00 AM | 5:00 PM | 8:00 AM | 5:00 PM | [illegible] | 2:00 PM |
| Bryan F | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:00 AM | 2:00 PM |
| Donald E | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:30 AM | 5:30 PM | 8:00 AM | 1:00 PM |
| Christian P | 9:00 AM | 6:00 PM | 9:00 AM | 6:00 PM | 9:00 AM | 6:00 PM | 9:00 AM | 6:00 PM | 9:00 AM | 6:00 PM | 8:30 AM | 2:00 PM |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |