# EXHIBIT B

# "ATTENTION ALL DRIVERS"

DRIVERS MUST WRITE NAME AND TIME ON EACH INVOICES

DRIVERS MUST CALL FOR EXCHANGES OF ANY PART
(NEW OR DEFECT)

DRIVERS MUST CALL TO DUE CORE(S)

DRIVERS MUST CALL IF A CUSTOMER WANTS TO PAY WITH A CHECK

DRIVERS MUST CALL IF A C.O.D CUSTOMER WANTS TO SIGN

MUST CALL AFTER THEIR LAST DELIVERY THAT THEY ARE
GOING OUT WITH

DRIVERS MUST CALL FROM ARCH STORE AND WAREHOUSE

DRIVERS MUST WRITE PAID AMOUNT ON INVOICE THAT'S PAID CASH
OR CHECK

*DRIVER MUST BE IN UNIFORM AT ALL TIME*

*DRIVERS MUST PARK IN THE BACK PARKING LOT*
*(NOT THE DINER NEXT DOOR)*

*DRIVER MUST BRING IN SHOPPING CART FROM PARKING LOT*

*DRIVER MUST WRITE UP ALL CUSTOMER*
*RETURNS ON A CREDIT MEMO*
*(CORE/NEW/DEF)*

*ARCH STORE MAIN NUMBER #516-625-0940*
*DISPATCHER EXT:* [redacted]
*DISPATCHER DIRECT CELL PHONE NUMBER:* [redacted]
*NAME OF DISPATCHER: JAVAR*
*NAME OF MANAGER : NAVIN*