# EXHIBIT C

*Attention All Drivers,*

*When delivering* parts to any Arch customer, you are required to go directly to the shop office and provide the invoice to the shop owner or manager.

Under no circumstances should invoices be given or shown to customers in the waiting area or parking lot.

Failure to follow this procedure and company regulations may result in disciplinary action, up to and including legal consequences.

Thank you for your cooperation.

***Navindra Chattergoon***
***Branch Manager***
p: (516) 625-0940
Branch 1023 / Arch Mineola
290 Willis Ave | Mineola, NY 11501

NMG | NexaMotion Group
Simplifying complex vehicle repair to keep the world *moving.*

*This email may contain confidential and privileged information for use solely by the intended recipient(s). We reserve all rights in such information and, if you have received this email in error, please notify the sender and permanently delete it.*