**CONSENT TO JOIN ACTION (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b))**

I, Bruce D'Amico, hereby consent to become a party to litigation in the United States District Court under the Fair Labor Standards Act (FLSA). The lawsuit alleges that my employer failed to properly compensate its employees for minimum wage and overtime hours worked, misclassified employees as independent contractors, and failed to make timely payments to its employees.

I am, or was, employed as an auto parts delivery driver for Arch Auto Parts, Inc., during some or all of the period from three years prior to the date of filing of this consent.

This action has been brought on my behalf and on behalf of similarly situated Auto Parts Delivery Drivers performing services for Arch Auto Parts, Inc. pursuant to Section 16(b) of the Fair Labor Standards Act (29 U.S.C. § 216(b)).

I hereby designate Monteiro and Fishman, LLP, and the Marlborough Law Firm, P.C., as legal counsel to represent me for all purposes in this action.

Unpaid minimum wage and overtime compensation, expense reimbursement, liquidated damages, attorneys' fees, costs, and other relief are sought in the action.

Signature: [signature] Bruce D'Amico (Nov 2, 2026 11:00:42 EST)

Print Name: Bruce D'Amico

Date: Nov 2, 2026