AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JAVON BICARIE, BRUCE D'AMICO, CURTIS BOWEN, KYLE BOWEN, JAMILE DAVIS, COREY NAZAIRE, DAVINDRA SINGH, PATRICK HODGES, KIMBERLEY WARREN, KEITH WRIGHT, DARWIN MARTINEZ, ARTHUR JONES, JITU RAHMAN, and ORVILLE HALL, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

ARCH AUTO PARTS, LLC; NEXAMOTION GROUP, LLC; TRANSTAR INDUSTRIES, LLC; PARTS DISTRIBUTION XPRESS, INC.; PDX NORTH, INC.; QUESTFLEET, LLC; CALLAIDA LLC; NOVA EXPRESS DELIVERS LLC; SANCHEZ DELIVERY SYSTEMS INC.; and JOHN DOE CORPORATIONS 1 through 10,

*Defendant(s)*

Civil Action No. 1:26-cv-07065

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached Rider for Full List of Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Marlborough, Esq.
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/2/2026

M.Almonte-Almanzar
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAVON BICARIE, et al.<br>Plaintiffs,<br>- against -<br>ARCH AUTO PARTS, LLC, et al.<br>Defendants. | Civil Action No. 1:26-cv-07065<br><br>SUMMONS RIDER:<br>ADDITIONAL DEFENDANTS |

TO THE DEFENDANTS LISTED BELOW:

PLEASE TAKE NOTICE that a lawsuit has been filed against you in the United States District Court for the Eastern District of New York. Pursuant to the accompanying Summons (Form AO 440), you are required to serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure upon the Plaintiff's attorney within twenty-one (21) days after service of this summons upon you.

The following Defendants are parties to this action and are to be served at the locations designated below:

1. Arch Auto Parts, LLC
   181-02 Jamaica Ave.
   Jamaica, New York 11432

2. NexaMotion Group, LLC
   c/o Corporation Service Company,
   251 Little Falls Drive
   Wilmington, DE 19808

3. Transtar Industries, LLC
   c/o Corporation Service Company
   80 State Street
   Albany, NY 12207

4. Parts Distribution Xpress, Inc.
   1019 4th Avenue
   Lester, PA 19029

5. PDX North, Inc.
   c/o CT Corporation System
   28 Liberty Street
   New York, NY 10005

6. Questfleet, LLC
   634 Route 109
   Lindenhurst, NY 11757

7. CallAida LLC
   c/o Ramon Dionicio Pichardo
   9734 93rd Street, 3rd Floor
   Ozone Park, NY 11416

8. Nova Express Delivers LLC
   c/o Melanie Balram
   7578 Trent Drive
   Tamarac, FL 33321

9. Sanchez Delivery Systems Inc.
   P.O. Box 520306
   Flushing, NY 11352

Dated: Hempstead, New York
November 3, 2026

Respectfully submitted,

By: /s/ Marcus Monteiro

Marcus Monteiro, Esq.
MONTEIRO & FISHMAN, LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600
mmonteiro@mflawny.com

Christopher Marlborough
THE MARLBOROUGH LAW FIRM, P.C.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
(212) 991-8960
chris@marlboroughlawfirm.com

*Attorneys for Plaintiffs*